**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNICOLORS, INC., | ) Case No. CV-18-5168-R |
|---|---|
| Plaintiff(s), | ) |
| v. | ) **ORDER OF DISMISSAL** |
| C AND E APPAREL, INC., et al., | ) **BY LACK OF PROSECUTION** |
| Defendant(s). | ) |

Plaintiff was ORDERED to show cause in writing no later than **October 22, 2018** why this action should not be dismissed for lack of prosecution. On, October 22, 2018, Plaintiff filed a Response to Order To Show Cause (Dkt. No. 14), requesting for additional thirty (30) days. Thirty (30) days has passed. As of the date of this Order, Plaintiff has not taken any further action.

WHEREAS, the period has elapsed without any further action by Plaintiff;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: November 27, 2018

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE